IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR16-00717-TUC-RCC(BGM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Norberto Camarillo, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Macdonald (Doc. 38), and no objections being filed,

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and DENIES the motion pursuant thereto.

DATED this 27th day of July, 2016.

Raner C. Collins
Chief United States District Judge